**Gary R. BARNES, Appellant,**

v.

**CITY OF COON RAPIDS, MINNESOTA,**
**Appellee.**

No. 09–2320.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 5, 2010.

Filed: Feb. 23, 2010.

Gary R. Barnes, Isanti, MN, pro se.

Patricia Ytzen Beety, Jana O'Leary Sullivan, League of Minnesota Cities Insurance Trust, St. Paul, MN, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Gary R. Barnes appeals the district court's [1] adverse grant of summary judgment in his suit against his former employer, the City of Coon Rapids, Minnesota, alleging negligence and violations of the

Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* (ADA). On appeal, he also asserts a retaliation claim. After carefully reviewing de novo the grant of summary judgment on Barnes's ADA claims, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), we find no basis for reversal. We decline to consider either Barnes's negligence claim, which he does not address on appeal, *see Griffith v. City of Des Moines,* 387 F.3d 733, 739 (8th Cir.2004) (claims not briefed on appeal are deemed abandoned), or his retaliation claim, which he presents for the first time on appeal, *see Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004).

Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.